# Pennsylvania Rules of Juvenile Court Procedure

**Rule 101. Purpose, Application, and Construction of Rules.**

**[(A)](a)** **Purpose.** These rules are intended to provide for the just determination of every delinquency proceeding **and effectuate the purposes stated in the Juvenile Act, 42 Pa.C.S. § 6301(b)**.

**[(B)](b)** **Application.** These rules establish uniform practice and procedure for courts exercising jurisdiction as provided in the Juvenile Act, 42 Pa.C.S. **§§** 6301 *et seq.*, and shall be **[construed] applied** to secure uniformity and simplicity in procedure, fairness in administration, and the elimination of unjustifiable expense and delay.

**[(C)** **These rules shall be interpreted and construed to effectuate the purposes stated in the Juvenile Act, 42 Pa.C.S. § 6301(b).**

**(D)** **To the extent practicable, these rules shall be construed in consonance with the rules of statutory construction.]**

**(c)** **Construction. In the construction of the Pennsylvania Rules of Juvenile Court Procedure, the principles set forth in Pa.R.J.A. 104 to 115 shall be observed.**

**[Official Note: Rule 101 adopted April 1, 2005, effective October 1, 2005.]**

**Rule 1101. Purpose<u>, Application,</u> and Construction <u>of Rules</u>.**

**[(A)]<u>(a)</u>** <u>Purpose.</u>  These rules are intended to provide for the just determination of every dependency proceeding **<u>and effectuate the purposes stated in the Juvenile Act, 42 Pa.C.S. § 6301(b)</u>**.

**[(B)]<u>(b)</u>** <u>Application.</u>  These rules establish uniform practice and procedure for courts exercising jurisdiction as provided in the Juvenile Act, 42 Pa.C.S. §<u>§</u> 6301 *et seq.*, and shall be **[construed]** <u>**applied**</u> to secure uniformity and simplicity in procedure, fairness in administration, and the elimination of unjustifiable expense and delay.

**[(C)** **These rules shall be interpreted and construed to effectuate the purposes stated in the Juvenile Act, 42 Pa.C.S. § 6301(b).**

**(D)** **To the extent practicable, these rules shall be construed in consonance with the rules of statutory construction.]**

<u>**(c)**</u> <u>**Construction.  In the construction of Pennsylvania Rules of Juvenile Court Procedure, the principles set forth in Pa.R.J.A. 104 to 115 shall be observed.**</u>

**[Official Note:  Rule 1101 adopted August 21, 2006, effective February 1, 2007.**

*Committee Explanatory Reports:*

**Final Report explaining the provisions of Rule 1101 published with the Court's Order at 36 Pa.B. 5571 (September 2, 2006).]**